IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ROBERT LEE WRIGHT, III,**

    **Plaintiff,**

v.                                          Case No. 4:24-cv-107-AW-MAF

**MR. PETRU, ICO REJECTS TEAM AUSPC,**

    **Defendant.**

_____/

## ORDER OF DISMISSAL

Plaintiff has not complied with a court order, and he has not objected to the recommendation to dismiss on that basis. He appears to have abandoned his case. Moreover, he has neither paid the filing fee nor moved for leave to proceed *in forma pauperis*. Dismissal is appropriate.

I approve the report and recommendation. ECF No. 4. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with a court order." The clerk will then close the file.

SO ORDERED on May 17, 2024.

                                           s/ *Allen Winsor*
                                           United States District Judge